IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL EDWARDS, | No. C 19-2042 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| H. RICHARD MCDONALD; SADEGHI JAHANGIR; ELLENA TOOTEL; | |
| Defendants. | |

Pursuant to plaintiff's notice of voluntary dismissal under Rule 41(a) of the Federal Rules of Civil Procedure, this case is **DISMISSED**.

The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: September 24, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE